United States District Court

For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7
8    DWAYNE ROBINSON BURRELL,              No. C-13-1109 EMC (pr)
9             Petitioner,
10        v.                               **ORDER REOPENING TIME TO**
                                           **APPEAL**
11   GREG LEWIS, Warden,
12            Respondent.
     _____/
13
14

15        Petitioner's motion to file a late notice of appeal is construed to be a motion under Federal

16   Rule of Appellate Procedure 4(a)(6) to reopen the time to file an appeal.  (Docket # 13.)  Judgment

17   was entered in this action on October 21, 2014; petitioner stated under penalty of perjury that he did

18   not receive notice of the entry of judgment until February 11, 2015 and put his motion to reopen the

19   time to file an appeal in the prison mail on February 20, 2015; and there does not appear to be any

20   prejudice to any party in permitting the reopening of the time to file an appeal.  *See* Fed. R. App. P.

21   4(a)(6).  The motion to reopen the time to file an appeal is **GRANTED**.  The time for him to file an

22   appeal is reopened "for a period of 14 days after the date" of this order.  *Id.*  Petitioner is cautioned

23   that this order only reopens the time for him to file an appeal**.  Petitioner must file a notice of**

24   **appeal within 14 days of the date of this order if he wishes to pursue an appeal**.

25        Petitioner's motion also requests a certificate of appealability.  His request for a certificate of

26   appealability is **DENIED** because Petitioner has not "made a substantial showing of the denial of a

27   constitutional right," 28 U.S.C. § 2253(c)(2), and this is not a case in which "reasonable jurists

28   would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v.*

*McDaniel*, 529 U.S. 473, 484 (2000).  Petitioner may renew his request for a certificate of appealability in the Ninth Circuit if he takes an appeal.

The Clerk shall send a copy of this order to Respondent's counsel, Petitioner, and the following attorney: Steven A. Brody, Law Offices of Steven A. Brody, Suite 975, 350 S. Figueroa Street, Los Angeles, CA 90071.

IT IS SO ORDERED.

Dated: February 27, 2015

EDWARD M. CHEN
United States District Judge