**United States District Court**
For the Northern District of California

1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                           NORTHERN DISTRICT OF CALIFORNIA

7

8    DWAYNE ROBINSON BURRELL,                    No. C-13-1109 EMC (pr)

9              Petitioner,

                                                 **ORDER DENYING REQUEST TO**
10        v.                                     **EXTEND REOPENED TIME TO**
                                                 **APPEAL**
11   GREG LEWIS, Warden,

12             Respondent.
     _____/
13

14        On February 27, 2015, the Court issued an Order Reopening Time To Appeal under Federal

15   Rule of Appellate Procedure 4(a)(6), directing Petitioner that he "must file a notice of appeal within

16   14 days of the date of this order if he wishes to appeal."  Petitioner did not file a notice of appeal.

17   Instead, on March 13, 2015, he mailed a motion for enlargement of the time to appeal, with no

18   explanation as to why he needed additional time.  Docket # 16.

19        Petitioner's motion for an enlargement of the time to appeal is **DENIED**.  Docket # 16.  Rule

20   4(a)(6) allows the Court to reopen the time to file an appeal for 14 days.  That 14-day period in Rule

21   4(a)(6) cannot be enlarged by the district court.  *See Bowles v. Russell*, 551 U.S. 205, 213

22   (2007)(appeal had to be dismissed for lack of jurisdiction because notice of appeal not filed within

23   14-day period; district court had no authority to enlarge the appeal period beyond the period allowed

24   by Rule and statute)

25        IT IS SO ORDERED.

26   Dated: April 21, 2015

27                                               _____
                                                 EDWARD M. CHEN
28                                               United States District Judge